UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CLARK BAKER and THE OFFICE OF MEDICAL & SCIENTIFIC JUSTICE, INC. | § § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 4-13-CV-00552-C |
| JEFFREY TODD DESHONG | § § § | |
| Defendant. | § | |

### PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Office of Medical and Scientific Justice, Inc. , Plaintiff in the above styled and numbered cause hereby appeals to the United States Court of Appeals for the 5th Circuit, from a final judgment entered on June 26, 2014 granting the Defendant's 12 (B) (6) Motion to Dismiss Plaintiff's Lanham Act claim and Dismissing Plaintiff's Lanham Act claim with prejudice.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Date:  June  30, 2014 | /S/ MARK WEITZ<br>Mark A. Weitz<br>SB# 21116500<br>Weitz Morgan PLLC<br>100 Congress Avenue, Suite 2000<br>Austin, Texas 78701<br>mweitz@weitzmorgan.com<br>512-394-8950 (direct)<br>512-657-1849 (mobile)<br>512-852-4446 (facsimile)<br><br>ATTORNEY FOR PLAINTIFFS<br>OMSJ AND CLARK BAKER |

## CERTIFICATE OF SERVICE

I hereby certify that on 30th day of June, 2014, I electronically transmitted the attached document to the Clerk of the Court using the ECF Filing System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| D. Gill Sperlein (CA Bar 172887)<br>Law Office of D. Gill Sperlein<br>345 Grove Street<br>San Francisco, CA 94102<br>Telephone: (415) 404-6615<br>gill@sperleinlaw.com | Paul Levy (DC Bar 946400)<br>Public Citizens Litigation Group<br>1600 20th Street NW<br>Washington, D.C. 20009<br>Telephone: (202) 588-1000<br>plevy@citizens.org |
| Gary Kruplin<br>SB# 790010<br>1116 Commerce Drive<br>Richardson, TX 75081<br>Telephone (972) 261-8284<br>kruplinlaw@gmail.com | Neil A. Hoffman<br>SB# 24069936<br>Bush & Ramirez P.L.L.C.<br>5615 Kirby Drive, Suite 900<br>Houston, Texas 77055<br>Telephone: (713) 626-1555<br>nhoffman@bushramirez.com |
|  | /S/ MARK WEITZ<br>Mark A. Weitz |

2